EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

KEITH C. CELEBREZZE
Special Assistant U.S. Attorney
Suite 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail:  keith.celebrezze@usdoj.gov

Attorneys for Plaintiff,
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO.: 05-00089 |
| | ) | |
| Plaintiff, | ) | NOTICE OF COMPLIANCE |
| | ) | WITH SENTENCE |
| vs. | ) | |
| | ) | Compliance Date:  08/23/06 |
| KALEOMAIKALANI E. NELSON, | ) | |
| | ) | A&P DATE:  03/09/05 |
| Defendant. | ) | |
| | ) | Citation No.: N301751/H20 |

### NOTICE OF DEFENDANT'S COMPLIANCE WITH SENTENCE

      NOW COMES THE PLAINTIFF, the United States of America, by and through its attorneys, Edward H. Kubo, Jr., United States Attorney, and Keith C. Celebrezze, Special Assistant United States Attorney, and hereby notifies the court that the defendant

has complied with the sentence requirements imposed on

September 14, 2005.

   DATED: <u>August 22, 2006</u>, at Honolulu, Hawaii.

         EDWARD H. KUBO, JR.
         United States Attorney
         District of Hawaii


         By <u>/s/ Gabriel Colwell for</u>_____
          KEITH C. CELEBREZZE
          Special Assistant U.S. Attorney

         Attorneys for Plaintiff
         UNITED STATES OF AMERICA

<u>UNITED STATES vs. KALEOMAIKALANI E. NELSON</u>
CR. NO.:  05-00089
CIT. NO.:  N301751/H20
NOTICE OF COMPLIANCE WITH SENTENCE INFORMATION